| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of **Colorado** (State) |
| Case number (if known): _____ Chapter **7** |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☒ Chapter 7
   ☐ Chapter 11

**17-17618KHT**

### Part 2: Identify the Debtor

2. **Debtor's name**   Hinto Energy, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Garner Investments, Inc.

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   8 4 - 1 3 8 4 9 6 1
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 161 Bronco Drive | 5350 S. Roslyn Street |
   | Number   Street | Number   Street |
   |  | Suite 400 |
   |  | P.O. Box |
   | Edwards    CO   81632 | Greenwood Village   CO   80111 |
   | City    State   ZIP Code | City    State   ZIP Code |
   |  | Location of principal assets, if different from principal place of business |
   | Eagle | 5299   DTC Blvd. #815 |
   | County | Number   Street |
   |  | C/O Cordes & CO. |
   |  | Greenwood Village   CO   80111 |
   |  | City    State   ZIP Code |

Debtor _____   Case number (if known) _____
      Name

6. **Debtor's website (URL)**    http://www.hintoenergy.com/

7. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ■ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                           MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                           MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ■ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **Hinto Energy, Inc.**
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| J. Malcolm Gray | Sanctions Order- Arapahoe County Dist. Court | $ 20,921.00 |
| Microalloyed Steel Institute, Inc. | Sanctions Order- Arapahoe County Dist. Court | $ 20,921.00 |
| H. Williamson & P. Gray as Co-Trustees for the J. Malcolm Gray Family Trust UTA 4/3/2007 | Sanctions Order- Arapahoe County Dist. Court | $ 20,921.00 |
| | Total of petitioners' claims | $ See Attached |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

J. Malcolm Gray
Name

5100 Westheimer, Suite 540
Number   Street

Houston    TX    77056
City       State  ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City       State   ZIP Code

Bradford E. Dempsey
Printed name

Faegre Baker Daniels LLP
Firm name, if any

1700 Lincoln St., Suite 3200
Number  Street

Denver          CO    80203
City            State  ZIP Code

Contact phone  303-607-3500   Email  brad.dempsey@faegrebd.com

Bar number  30160

State  Colorado

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08  09  2017
             MM / DD / YYYY

X  /s/ JM Gray
Signature of petitioner or representative, including representative's title

X  /s/ Bradford Dempsey
Signature of attorney

Date signed  08  15  2017
             MM / DD / YYYY

Debtor: Hinto Energy, Inc.

Case number (if known) _____

### Name and mailing address of petitioner

Name: Microalloyed Steel Institute, Inc.
Number/Street: 5100 Westheimer, Suite 540
City: Houston  State: TX  ZIP Code: 77056

### Name and mailing address of petitioner's representative, if any

Name: Dr. J. Malcolm Gray
Number/Street: 5100 Westheimer, Suite 540
City: Houston  State: TX  ZIP Code: 77056

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/09/2017

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: Bradford E. Dempsey
Firm name, if any: Faegre Baker Daniels LLP
Number/Street: 1700 Lincoln St., Suite 3200
City: Denver  State: CO  ZIP Code: 80203
Contact phone: 303-607-3500  Email: brad.dempsey@faegrebd.com
Bar number: 30160
State: Colorado

X _____ (Signature of attorney)

Date signed: 09/15/2017

---

### Name and mailing address of petitioner

Name: H Williamson & P. Gray as Co-Trustees for the J. Malcolm Gray Family Trust UTA 4/3/2007
Number/Street: 5100 Westheimer, Suite 540
City: Houston  State: TX  ZIP Code: 77056

### Name and mailing address of petitioner's representative, if any

Name: Harvey Williamson, Esq.
Number/Street: 4450 Arapahoe Avenue, Suite 100
City: Boulder  State: CO  ZIP Code: 80303

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: Bradford E. Dempsey
Firm name, if any: Faegre Baker Daniels LLP
Number/Street: 1700 Lincoln St., Suite 3200
City: Denver  State: CO  ZIP Code: 80203
Contact phone: 303-607-3500  Email: brad.dempsey@faegrebd.com
Bar number: 30160
State: Colorado

X _____ (Signature of attorney)

Date signed: _____

Debtor: Hinto Energy, Inc.
Case number (if known): _____

**Name and mailing address of petitioner**

Name: Microalloyed Steel Institute, Inc.

Number Street: 5100 Westheimer, Suite 540

City: Houston State: TX ZIP Code: 77056

**Name and mailing address of petitioner's representative, if any**

Name: Dr. J. Malcom Gray

Number Street: 5100 Westheimer, Suite 540

City: Houston State: TX ZIP Code: 77056

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/___ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

Printed name: Bradford E. Dempsey
Firm name, if any: Faegre Baker Daniels LLP
Number Street: 1700 Lincoln St., Suite 3200
City: Denver State: CO ZIP Code: 80203
Contact phone: 303-607-3500 Email: brad.dempsey@faegrebd.com
Bar number: 30160
State: Colorado

X _____
Signature of attorney

Date signed ___/___/___ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: H Williamson & P. Gray as Co-Trustees for the J. Malcom Gray Family Trust UTA 1/3/2007

Number Street: 5100 Westheimer, Suite 540

City: Houston State: TX ZIP Code: 77056

**Name and mailing address of petitioner's representative, if any**

Name: Harvey Williamson, Esq.

Number Street: 4450 Arapahoe Avenue, Suite 100

City: Boulder State: CO ZIP Code: 80303

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/8/17 (MM/DD/YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

Printed name: Bradford E. Dempsey
Firm name, if any: Faegre Baker Daniels LLP
Number Street: 1700 Lincoln St., Suite 3200
City: Denver State: CO ZIP Code: 80203
Contact phone: 303-607-3500 Email: brad.dempsey@faegrebd.com
Bar number: 30160
State: Colorado

X _[signature]_
Signature of attorney

Date signed 08/15/2017 (MM/DD/YYYY)

Debtor  **Hinto Energy, Inc.**
Name

Case number (if known) _____

### Name and mailing address of petitioner

**John Huhs, Esq.**
Name

**117  Marva Oaks Drive**
Number  Street

**Woodside**          **CA**    **94062**
City                State   ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City              State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/08/2017**
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Bradford E. Dempsey**
Printed name

**Faegre Baker Daniels LLP**
Firm name, if any

**1700  Lincoln St., Suite 3200**
Number  Street

**Denver**           **CO**    **80203**
City                State   ZIP Code

Contact phone **303-607-3500**   Email **brad.dempsey@faegrebd.com**

Bar number **30160**

State **Colorado**

X _____
Signature of attorney

Date signed **08/15/2017**
            MM / DD / YYYY

### Name and mailing address of petitioner

_____
Name

_____
Number   Street

_____
City              State   ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City              State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City              State   ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 4/6

Debtor  Hinto Energy, Inc.
Name

Case number (if known) _____

### Name and mailing address of petitioner

Premier Pipe Service, Inc.
Name

5036 S. Greenwood Court
Number  Street

Evergreen    CO    80439
City         State  ZIP Code

### Name and mailing address of petitioner's representative, if any

Paul Pilcher
Name

5036 S. Greenwood Court
Number  Street

Evergreen    CO    80439
City         State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/15/2017
            MM / DD / YYYY

X  _Paul I. Pilcher_
Signature of petitioner or representative, including representative's title

Brad Dempsey
Printed name

Faegre Baker Daniels LLP
Firm name, if any

1700 Lincoln Street, Suite 3200
Number  Street

Denver       CO    80203
City         State  ZIP Code

Contact phone  3036073500   Email  brad.dempsey@faegrebd.com

Bar number  30160

State  Colorado

X  _[signature]_
Signature of attorney

Date signed  08/15/2017
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Name

Number  Street

City         State  ZIP Code

### Name and mailing address of petitioner's representative, if any

Name

Number  Street

City         State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

X  _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number  Street

City         State  ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X  _____
Signature of attorney

Date signed  _____
            MM / DD / YYYY

HINTO ENERGY, INC.

## EXHIBIT 1

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| J. Malcolm Gray | Sanctions Order- Arapahoe County Dist. Court | $20,921 |
| Microalloyed Steel Institute Inc. | Sanctions Order- Arapahoe County Dist. Court | $20,921 |
| H. Williamson & P. Gray as Co-Trustees for the J. Malcolm Gray Family Trust UTA 4/3/2007 | Sanctions Order- Arapahoe County Dist. Court | $20,921 |
| Microalloyed Steel Institute Inc. | Unpaid Promissory Note | $500,000 principal |
| H. Williamson & P. Gray as Co-Trustees for the J. Malcolm Gray Family Trust UTA 4/3/2007 | Unpaid Promissory Note | $2,000,000 principal |
| H. Williamson & P. Gray as Co-Trustees for the J. Malcolm Gray Family Trust UTA 4/3/2007 | Unpaid Promissory Note | $400,000 principal |
| John Huhs, Esq. | Unpaid Promissory Note | $50,000 principal |
| J. Malcolm Gray | Unpaid Loan for Utah Bond | $15,000 |
| Premier Pipe Services, Inc. | Unpaid Trade Debt | $39,064.46 |
| **TOTAL OF PETITIONERS' CLAIMS** | | **$3,024,985.46** |

US.112057840.02